**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6595

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

LARAY KESHAWN COPELAND, a/k/a Ray Ray,

Defendant – Appellant.

No. 21-6636

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

LARAY KESHAWN COPELAND, a/k/a Ray Ray,

Defendant – Appellant.

Appeals from the United States District Court for the Eastern District of North Carolina, at Wilmington.  Terrence W. Boyle, District Judge.  (7:09-cr-00157-BO-1; 7:19-cr-00081-BO-1)

Submitted:  September 9, 2022                    Decided:  September 16, 2022

Before NIEMEYER and HARRIS, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Laray Keshawn Copeland, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, Lucy Partain Brown, Assistant United States Attorney, Jennifer P. May-Parker, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laray Keshawn Copeland appeals the district court's orders denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders.  *See United States v. Copeland*, No. 7:09-cr-00157-BO-1 (E.D.N.C. Apr. 9, 2021); *United States v. Copeland*, No. 7:19-cr-00081-BO-1 (E.D.N.C. Apr. 9, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
